# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TELECOMM INNOVATIONS, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civ. No. 12-1337-SLR |
| ZOOM TELEPHONICS, INC., | § § § | |
| Defendant. | § § | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED that all claims brought by Plaintiff Telecomm Innovations, LLC ("TI") against Defendant Zoom Telephonics, Inc. ("Zoom") in the above-captioned action are hereby dismissed without prejudice and all counterclaims brought by Zoom against TI in the above-captioned action are hereby dismissed without prejudice, by agreement of the parties pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs, expenses, and attorneys' fees.

Dated:  January 22, 2014.                                       Respectfully submitted,

| | |
|---|---|
| */s/ Timothy Devlin* | /s/ *David Moore* |
| Timothy Devlin #4241 | Richard L. Horwitz (#2246) |
|     tdevlin@farneydaniels.com | David E. Moore (#3983) |
| FARNEY DANIELS PC | Bindu A. Palapura (#5370) |
| 1220 Market Street, Suite 850 | POTTER ANDERSON & CORROON LLP |
| Wilmington, DE 19801 | Hercules Plaza 6th Floor |
| Telephone:  (302) 300-4626 | 1313 N. Market Street |
| | Wilmington, DE 19899 |
| Stamatios Stamoulis #4606 | Tel: (302) 984-6000 |
|     stamoulis@swdelaw.com | rhorwitz@potteranderson.com |
| Richard C. Weinblatt #5080 | dmoore@potteranderson.com |
|     weinblatt@swdelaw.com | bpalapura@potteranderson.com |
| STAMOULIS & WEINBLATT LLC | |
| Two Fox Point Centre | John L. DuPré |
| 6 Denny Road, Suite 307 | HAMILTON, BROOK, SMITH |
| Wilmington, DE 19809 |   & REYNOLDS, P.C. |
| Telephone:  (302) 999-1540 | 530 Virginia Road |
| | P.O. Box 9133 |
| *Attorneys for Plaintiff* | Concord, MA 01742 |
| *Telecomm Innovations LLC* | Tel: (978) 341-0036 |
| | |
| | *Attorneys for Zoom Telephonics, Inc.* |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 22, 2014, I electronically filed the above document with the Clerk of Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

>  */s/ Timothy Devlin*
>  Timothy Devlin #4241